1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STARK, et al., | 2:25-cv-01888-CKD |
| Plaintiff, | ORDER |
| v. | |
| BEMIS MANUFACTURING COMPANY, et al., | |
| Defendants. | |

Pursuant to the parties' consent, this matter is before the undersigned for all purposes including trial and entry of judgment. (See ECF No. 6, 7, 10.) This action was removed from Sacramento County Superior Court on July 3, 2025. (ECF No. 1.) Defendant Home Depot Inc. answered the complaint in this Court on August 8, 2025. (ECF No. 8.) In the Amended Joint Status Report, the parties indicate that defendant Bemis Manufacturing Company ("Bemis") answered the complaint in state court on July 3, 2025. (ECF No. 9 at 2.) However, the notice of removal does not contain defendant Bemis's answer. In the Amended Joint Status Report, the parties request that the Court issue a pretrial scheduling order and schedule a hearing. (Id. at 3.) The parties do not provide sufficient information regarding a discovery plan or dates for motions, pretrial conference, or trial, but appear to have agreed to continue this discussion. (Id. at 4-5.)

Accordingly, within 30 days from the date of this order, if they have not already done so,

the parties shall meet, in person or by telephone, as required by Federal Rule of Civil Procedure 26. Within 7 days after the parties' Rule 26 discussion, the parties shall file a Joint Status Report for the purpose of entry of a pretrial scheduling order. The joint status report shall address the relevant portions of Local Rule 240(a). Once this Joint Status Report is received, the Court will schedule a hearing before the Magistrate Judge.

Defendant Bemis shall file its answer that was filed in the Sacramento Court Superior Court on the Docket.

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. Within 30 days from the date of this order, the parties shall meet, in person or by telephone, as required by Federal Rule of Civil Procedure 26.

2. Within 7 days after the parties' Rule 26 discussion, the parties shall file a joint status report for the purpose of entry of a pretrial scheduling order. The report shall address the following matters:

   a. Service of process;

   b. Possible joinder of additional parties;

   c. Any expected or desired amendment of the pleadings;

   d. Jurisdiction and venue;

   e. Anticipated motions and their scheduling;

   f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

   g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

   h. Special procedures, if any;

   i. Estimated trial time;

   j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

   k. Whether the case is related to any other cases, including bankruptcy;

   l. Whether a settlement conference should be scheduled;

    m. The parties' positions with respect to Voluntary Dispute Resolution (VDRP) under Local Rule 271(d); and

    n. Any other matters that may add to the just and expeditious disposition of this matter; and

3. Defendant Bemis shall file its answer that was filed in the Sacramento County Superior Court on this Docket.

Dated: September 29, 2025

/s/ Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, star.1888.25

3