Ian A. Rambarran, Bar No. 227366
W. Jason Scott, Bar No. 222204
Thomas K. Agawa, Bar No. 175952
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544
irambarran@klinedinstlaw.com
jscott@klinedinstlaw.com
tagawa@klinedinstlaw.com

Attorneys for Defendants BEMIS MANUFACTURING COMPANY and HOME DEPOT, INC. d/b/a HOME DEPOT

Shahid Manzoor, Bar No. 296862
Sachim Kalra, Bar No. 309314
MANZOOR LAW FIRM
3017 Douglas Boulevard, Suite 104
Roseville, CA 95661
(916) 306-1665/FAX (916) 244-9852
shahid@manzoorlawoffice.com
sachin@manzoorlawoffice.com

Attorneys for Plaintiffs PAUL STARK and KELLY CAVERLEY

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| PAUL STARK, as an individual, and KELLY CAVERLEY, as an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BEMIS MANUFACTURING COMPANY, A CORPORATION, and HOME DEPOT, INC. d/b/a HOME DEPOT and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01888-CKD<br><br>**STIPULATION AND [PROPOSED] EVIDENCE ORDER NO. 1 (JAMESTOWN MODEL)** |

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

## I. RECITALS

1. On May 21, 2025, Plaintiffs filed a Complaint in the Superior Court of the State of California for the County of Sacramento entitled Paul Stark and Kelly Caverley v. Bemis Manufacturing Company ("Bemis"), and Home Depot, Inc. , case No. 25CV012156 ("Home Depot"; Home Depot and Bemis are collectively, "Defendants"; Defendants and Plaintiffs are collectively, the "Parties").

2. The Complaint alleges injuries to Paul Stark and loss of consortium by Kelly Caverley (collectively, the "Plaintiffs") allegedly caused by a defective Belmont Elongated Slow Close Enameled Wood Closed Front Toilet Seat purchased in October 2022 from the Home Depot and manufactured by Bemis.

3. The Complaint alleges negligence, strict liability-manufacturing defect, strict liability-design defect, strict liability-failure to warn, strict liability-failure to adequately test, breach of express warranty, breach of implied warranty, breach of implied warranty for fitness for a particular purpose, strict liability-negligence recall and loss of consortium.

4. Defendant Bemis removed this action on July 7, 2025.

5. Plaintiff Mr. Stark propounded discovery regarding Belmont Elongated Slow Close Enameled Wood Closed Front Toilet Seat on Defendants.

6. During discovery, it was determined that the alleged defective Toilet Seat is actually the Bemis Jamestown elongated Seat in White (Model No 1530SLOW), manufactured by Bemis.

## II. STIPULATION

7. The Parties now stipulate that the alleged defective product at issue in this action is the Bemis Jamestown elongated Seat in White (Model No 1530SLOW).

8. Accordingly, the Parties hereby stipulate that all pleadings, including the Complaint, answers and all other evidentiary matters and the first set of Plaintiffs' interrogatories and requests for production of documents, and any references to the alleged defective product at trial concern the Bemis Jamestown elongated Seat in White (Model No 1530SLOW) and not the Belmont Elongated Slow Close Enameled Wood Closed Front Toilet Seat.

SO STIPULATED.

MANZOOR LAW FIRM, INC.

DATED: June 24, 2026

By: */s/ Shahid Manzoor*
Shahid Manzoor
Attorneys for Plaintiffs PAUL STARK and KELLY CAVERLEY

KLINEDINST PC

DATED: June 24, 2026

By:
Ian A. Rambarran
W. Jason Scott
Thomas K. Agawa
Attorneys for Defendants BEMIS MANUFACTURING COMPANY and HOME DEPOT, INC. d/b/a HOME DEPOT

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

## ORDER

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Order.

IT IS SO ORDERED.

DATED: July 31, 2026

UNITED STATES MAGISTRATE JUDGE

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814