United States District Court
Eastern District of California

| | |
|---|---|
| PAUL STARK & KELLY CAVERLY<br>Plaintiff(s)<br><br>V.<br><br>BEMIS MANUFACTURING et al.<br>Defendant(s) | Case Number: 2:25-cv-01888-CKD<br><br>APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, DAVID J. TUREK hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant BEMIS MANUFACTURING COMPANY.

On 05/20/2002 (date), I was admitted to practice and presently in good standing in the Supreme Court of Wisconsin (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me. See Exhibit 1.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/04/2026 Signature of Applicant: /s/ David J. Turek

**Pro Hac Vice Attorney**

Applicant's Name: DAVID J. TUREK

Law Firm Name: Gass Turek LLC

Address: 241 N. Broadway, Suite 300

City: Milwaukee State: WI Zip: 53202

Phone Number w/Area Code: (414) 224-3445

City and State of Residence: Racine, WI

Primary E-mail Address: turek@gassturek.com

Secondary E-mail Address: paszkiewicz@gassturek.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Thomas K. Agawa

Law Firm Name: Klinedinst PC

Address: 801 K Street, Suite 2100

City: Sacramento State: CA Zip: 95814

Phone Number w/Area Code: (916) 282-0100 Bar # 175952

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 9, 2026

Carolyn K. Delaney

JUDGE, U.S. DISTRICT COURT