Ian A. Rambarran, Bar No. 227366
W. Jason Scott, Bar No. 222204
Thomas K. Agawa, Bar No. 175952
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544
irambarran@klinedinstlaw.com
jscott@klinedinstlaw.com
tagawa@klinedinstlaw.com

Attorneys for Defendants BEMIS MANUFACTURING COMPANY and HOME DEPOT, INC. d/b/a HOME DEPOT

Shahid Manzoor, Bar No. 296862
Sachin Kalra, Bar No. 309314
MANZOOR LAW FIRM
3017 Douglas Boulevard, Suite 104
Roseville, CA 95661
(916) 306-1665/FAX (916) 244-9852
shahid@manzoorlawoffice.com
sachin@manzoorlawoffice.com

Attorneys for Plaintiffs PAUL STARK and KELLY CAVERLEY

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| PAUL STARK, as an individual, and KELLY CAVERLEY, as an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BEMIS MANUFACTURING COMPANY, A CORPORATION, and HOME DEPOT, INC. d/b/a HOME DEPOT and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01888-CKD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER** |

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

## RECITALS

1. On May 21, 2025, Plaintiffs filed a Complaint in the Superior Court of the State of California for the County of Sacramento entitled Paul Stark and Kelly Caverley v. Bemis Manufacturing Company ("Bemis"), and Home Depot, Inc. ("Home Depot"; Home Depot and Bemis are collectively, "Defendants"), case No. 25CV012156 ("State Court Action"). The Complaint arises out of an injury to Mr. Stark's genitals allegedly caused by a defective Belmont Elongated Slow Close Enameled Wood Closed Front Toilet Seat purchased in October 2022 from the Home Depot and manufactured by Bemis.

2. The Complaint alleges negligence, strict liability-manufacturing defect, strict liability-design defect, strict liability-failure to warn, strict liability-failure to adequately test, breach of express warranty, breach of implied warranty, breach of implied warranty for fitness for a particular purpose, strict liability-negligence recall and loss of consortium.

3. On June 5, 2025, Plaintiffs served Defendant Home Depot ("Plaintiffs") (Plaintiffs and Defendants are collectively, the "Parties").

4. On July 3, 2025, Defendant Bemis filed an answer in the State Court action.

5. On July 7, 2025, Defendant Bemis filed a notice of removal to the U.S. District Court for the Eastern District of California.

6. Defendant Bemis removed this action on July 7, 2025.

7. Defendant Home Depot filed its answer on August 8, 2025.

8. The Parties exchanged their initial disclosures on October 19, 2025 (Plaintiffs) and October 24, 2025 (Defendants).

9. By November 3, 2025, the Parties had propounded their first sets of written discovery (collectively, "Discovery") upon each other.

10. The Parties served their first sets of written discovery. Plaintiffs dispute some responses by the Defendants. However, the Parties have agreed to suspend

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

Discovery and continue informal resolution to a later date in order to facilitate settlement discussions.

11. On December 18, 2025, the Parties conducted an initial inspection of the allegedly defective toilet seat and Mr. Stark's residence where it was installed.

12. On December 17, 2025 the Court issued a scheduling order.

13. On March 9, 2026, pursuant to the Parties request and stipulation, the Court ordered that discovery be continued and established the following deadlines:

| Event | Deadline / Date |
|---|---|
| Initial Disclosures | Within 14 days of the date of this order |
| Non-Expert Discovery Completion | October 26, 2026 |
| Expert Witness Disclosures | No later than November 23, 2026 |
| Rebuttal Expert Disclosures | No later than December 21, 2026 |
| Expert Discovery Completion | January 19, 2027 |
| Law and Motion Completion (Heard) | March 18, 2027 |
| Notice of Trial Readiness (Option A) | Not later than thirty (30) days after receiving the court's ruling(s) on the last filed dispositive motion(s) |
| Notice of Trial Readiness (Option B) | Not later than one hundred twenty (120) days after the close of discovery |

14. Since March 9, 2026, the Parties have actively engaged in discovery as well as mediation in an attempt to settle the entire action, including exchanging information outside discovery and exchanging offers.

15. Discovery was delayed approximately thirty (30) days because Plaintiff's counsel was in trial.

16. Defendant Bemis Manufacturing Company has also filed an pro hac vice application for David Turek or Gass Turek LLC to serve as its counsel.

17. The Parties mediated before mediator Doug DeVries on April 28, 2026. The Parties did not settle and continue to discuss settlement but need to complete

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

discovery to facilitate further settlement offers.

18. The Parties are working to select experts and take party depositions. In doing so, there are outstanding discovery issues requiring resolution. The Parties requested an informal discovery conference to address those issues, and the Court recently scheduled such a conference on October 9, 2026 at 11:00 am.

19. In order to facilitate settlement and the efficacious preparation of this case for trial, the Parties request that the Court vacate all existing deadlines and continue them approximately One Hundred and Twenty (120) days, or, alternatively, set a status conference hearing in thirty (30) days and set deadlines accordingly.

20. Under this proposal, the new deadlines would be as follows:

| Event | Deadline / Date |
|---|---|
| Initial Disclosures | Completed |
| Non-Expert Discovery Completion | January 19, 2027 |
| Expert Witness Disclosures | No later than February 5, 2027 |
| Rebuttal Expert Disclosures | No later than February 19, 2027 |
| Expert Discovery Completion | March 19, 2027 |
| Law and Motion Completion (Heard) | April 18, 2027 |
| Notice of Trial Readiness (Option A) | Not later than thirty (30) days after receiving the court's ruling(s) on the last filed dispositive motion(s) |
| Notice of Trial Readiness (Option B) | Not later than one hundred twenty (120) days after the close of discovery |

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

MANZOOR LAW FIRM, INC.

DATED: September 22, 2026

By: s/Shahid Manzoor, Esq.
Shahid Manzoor
Sachin Kalra
Attorneys for Plaintiffs PAUL STARK and KELLY CAVERLEY

KLINEDINST PC

DATED: September 22, 2026

By: s/Thomas K. Agawa, Esq.
Ian A. Rambarran
W. Jason Scott
Thomas K. Agawa
Attorneys for Defendants BEMIS MANUFACTURING COMPANY and HOME DEPOT, INC. d/b/a HOME DEPOT

GASS TUREK LLC

DATED: September 22, 2026

By: s/David Turek, Esq.
David Turek
Attorneys for Defendant BEMIS MANUFACTURING COMPANY

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Order.

IT IS SO ORDERED.

Dated: September 22, 2026

[signature]

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, star.25cv1888

STIP AND ORDER CONT DISC (260910) 6181.8001(31368020.9).docx